## Indictment Synopsis

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 MAR 24 P 2: 17

DEPUTY CLERK

| | |
|---|---|
| **Name:** | Nicholas Mitchell |
| **Address:** (City & State Only): | Dover, New Hampshire |
| **Year of Birth and Age:** | 1982; 39 years old |
| **Violations:** | Counts One and Two: Tampering with a Consumer Product, in violation of 18 USC §1365(a) |
| **Penalties:** | Counts One and Two: Imprisonment of not more than 10 years, and a fine not to exceed two hundred fifty thousand dollars ($250,000), or both. 18 USC § 1365(a) <br><br> This offense is a Class C felony pursuant to 18 U.S.C.§3559(a)(3) |
| **Supervised Release:** | Each Count: Not more than 3 years, 18 USC §3583(b)(2) |
| **Maximum Term of Imprisonment for Violation of Supervised Release:** | Each Count: Not more than 2 years, 18 USC §3583(e) |
| **Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** | Each Count: 3 Years less any term of imprisonment imposed upon revocation of supervised release. 18 U.S.C. § 3583. |
| **Defendant's Attorney:** | |
| **Primary Investigative Agency and Case Agent Name:** | J. Tilley, FDA |
| **Detention Status:** | Warrant requested |
| **Foreign National:** | No |
| **Foreign Consular Notification Provided:** | N/A |
| **County:** | York |

| | |
|---|---|
| **AUSA:** | Daniel J. Perry |
| **Guidelines apply?   Y/N** | Yes |
| **Victim Case:** | Yes |
| **Corporate Victims Owed Restitution:** | Yes |
| **Assessments:** | $100 per count |