**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

2021 MAR 24 P 2: 17

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) Criminal No. 2:21-cr-00038-JDL |
| v. | ) |
| | ) DEPUTY CLERK |
| NICHOLAS MITCHELL | ) |

## PRAECIPE FOR WARRANT

The United States requests that the Clerk of the Court issue a warrant, an indictment against the above-named defendant having been filed in the above-entitled case.

Dated: March 24, 2021

_____
Daniel Perry
Assistant U.S. Attorney