AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED

for the

District of Maine

2021 MAR 24 P 4: 11

| United States of America | ) | |
| v. | ) | |
| NICHOLAS MITCHELL | ) | Case No.   2:21-cr-00038-JDL |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

DEPUTY CLERK

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*     NICHOLAS MITCHELL                                                                          ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

COUNTS 1 AND 2 - TAMPERING WITH A CONSUMER PRODUCT; 18:1365(a)

A TRUE COPY
ATTEST:  Christa K. Berry, **Clerk**

By: _Meghan Maker_ 3/24/21
        **Deputy Clerk**

Date:     03/24/2021                                  _Meghan Maker_
                                                                        *Issuing officer's signature*

City and state:   PORTLAND, MAINE                      MEGHAN MAKER, DEPUTY CLERK
                                                                            *Printed name and title*

| **Return** |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____                                   _____ <br> *Arresting officer's signature* <br><br> _____ <br> *Printed name and title* |

AO 442  (Rev. 11/11)  Arrest Warrant (Page 2)

**This second page contains personal identifiers provided for law-enforcement use only
and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:

Known aliases:

Last known residence:

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                          Weight:

Sex:                                                             Race:

Hair:                                                            Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: