UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v | ) | Criminal No. 2:21-cr-00038-JDL |
| | ) | |
| **NICHOLAS MITCHELL** | ) | |

## GOVERNMENT'S VERSION OF THE OFFENSE

Had the case proceeded to trial, the Government would produce evidence that would establish beyond a reasonable doubt that on October 5, 2020, this defendant knowingly tampered with pizza dough by placing razor blades into the dough that was sold to consumers at a Saco supermarket.

The evidence would include electronic surveillance footage from the supermarket, eyewitness testimony, and photographs of the dough and the razor blades.

The evidence would establish the following facts:

Defendant was an employee of a Maine company that manufactured pizza doughs that were sold to consumers through a supermarket chain in Maine and other states. In approximately June 2020, the Defendant's employment was terminated.

On October 5, 2020, Defendant entered the Saco store of the supermarket chain. He proceeded directly to the refrigerator case where the pizza doughs were located. Defendant proceeded to handle a number of the pizza doughs and remained in the vicinity of the refrigerator case for approximately seven minutes. Defendant then exited the store without stopping at any other section nor did Defendant make a purchase at the store. Defendant was in the store for approximately nine minutes.

Three patrons purchased pizza doughs within a couple of hours of the Defendant's activity at the refrigerator case. When the patrons subsequently opened the pizza dough, they discovered razor blades secreted inside the pizza dough.

When the store learned of the tainted product, store personnel removed the remaining pizza doughs from the refrigerator case. During this process, a store employee discovered another dough with a razor blade in it.

Store loss prevention personnel reviewed the surveillance footage that captured the activity at the refrigerator case, and they observed that the only person who handled numerous doughs or remained in the vicinity of the refrigerator case for an extended time on October 5, 2020 was the Defendant.

Dated May 24, 2021    Donald E. Clark
Acting United States Attorney


/s/Daniel J. Perry
Daniel J. Perry
Assistant United States Attorney
United States Attorney's Office
100 Middle Street, East Tower, 6th Floor
Portland, ME  04101
(207) 780-3257